**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MANUEL ENRIQUE CHAVEZ LEMUS,

    Petitioner,

v.                                    Case No. 3:25-cv-1385-WWB-PDB

ATTORNEY GENERAL PAMELA JO
BONDI, et al.,

    Respondents.
_____

**ORDER**

Before the Court is "Petitioner's FRCP 15(a)(1)(B) Amended and Supplemental Verified Petition for Writ of Habeas Corpus" (Doc. 15). The Court accepts the filing as a supplement to the Petition (Doc. 1) to include an additional claim for relief as a purported class member under *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025). Respondents, within **14 days** from the date of this Order, shall respond to Petitioner's Supplemental Petition (Doc. 15). Petitioner shall have **14 days** to file his reply to Respondent's supplemental response.

**DONE AND ORDERED** in Jacksonville, Florida, on January 9, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE