**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MANUEL ENRIQUE CHAVEZ LEMUS,

    Petitioner,

v.                                                                           Case No. 3:25-cv-1385-WWB-PDB

ATTORNEY GENERAL PAMELA JO
BONDI, et al.,

    Respondents.
_____

## ORDER

THIS CAUSE is before the Court on Petitioner's FRCP 41(a)(1)(i) Voluntary Dismissal (Doc. 30). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Jacksonville, Florida on March 10, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record